UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PEARL GULF FEEDERING LINES LTD.,                :
                                                :
                    Plaintiff,                  :
                                                :
    - against -                                 :
                                                :
COMMODITIES INTERTRADE LTD.,                    :
                                                :
                    Defendant.                  :
------------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: June 21, 2007
       New York, NY

                                    The Plaintiff,
                                    PEARL GULF FEEDERING LINES LTD.,

                                    By: _____
                                    Charles E. Murphy (CM 2125)
                                    LENNON, MURPHY & LENNON, LLC
                                    The Gray Bar Building
                                    420 Lexington Ave., Suite 300
                                    New York, NY 10170
                                    (212) 490-6050
                                    facsimile (212) 490-6070
                                    cem@lenmur.com