UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PEARL GULF FEEDERING LINES LTD.,

                Plaintiff,

- against -

COMMODITIES INTERTRADE LTD.,

                Defendant.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/07

## ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO F.R.C.P. RULE 4(c)

An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Affidavit of Charles E. Murphy, sworn to on June 21, 2007, and good cause shown having been shown, it is hereby

ORDERED that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy Peterson or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC, or any process server employed by Gotham Process Servers, be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for or on account of, Defendant.

Dated: New York, NY
       June __, 2007

                                    U.S.D.J.

                              A CERTIFIED COPY
                              J. MICHAEL McMAHON,    CLERK

                            BY _____
                                 DEPUTY CLERK