**ORIGINAL**

Stanton, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PEARL GULF FEEDERING LINES LTD.,

              Plaintiff,

- against -

COMMODITIES INTERTRADE LTD.,

              Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/1/07

07 CV 5902 (LLS)

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, there having been no appearance from Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed.R.Civ.P. 41(a).

Dated: August 1, 2007
New York, NY

    The Plaintiff,
    PEARL GULF FEEDERING LINES LTD.,

    By: _____
    Charles E. Murphy (CM 2125)
    Lennon, Murphy & Lennon, LLC
    The GrayBar Building
    420 Lexington Ave., Suite 300
    New York, NY 10170
    (212) 490-6050 – phone
    cem@lenmur.com

SO ORDERED.

Dated: August 1, 2007

_____
U.S.D.J.